SWANSON v. CRAVENS.

LEWIS, J.  Where the defendant, in his affidavit of illegality to the foreclosure of a mortgage by the mortgagee on personalty, admits the execution of the note and mortgage, and sets up a partial failure of consideration as his only defense to such foreclosure, the burden of proof is cast upon him; and, upon his claiming the right to open and conclude before the introduction of any testimony, it was error in the court to deny him this privilege.  *Montgomery* v. *Hunt,* 93 *Ga.*

438. It was, therefore, error for the judge of the superior court to overrule the certiorari complaining of such ruling by the justice of the peace.          *Judgment reversed. All the Justices concurring.*

Argued February 15, — Decided March 25, 1898.

Certiorari. Before Judge Fite. Catoosa superior court. February term, 1897.

*W. E. Mann,* for plaintiff in error.     *J. H. Anderson,* contra.